UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br> MO'S TBJ CAMPBELL LP, et al., <br><br>　　　　　Defendants. | Case No.　5:21-cv-01621-EJD <br><br> **JUDGMENT** |

　　　　On October 18, 2021, the Court granted Defendants Mo's TBJ Campbell LP and Hero Adams Inc.'s Motion to Dismiss.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff Scott Johnson.

　　　　The Clerk of the Court shall close the file.

　　　　**IT IS SO ORDERED.**

Dated: October 18, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:21-cv-01621-EJD
JUDGMENT

1